# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| DWIGHT HAWTHORNE AND ANDREA HAWTHORNE, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No: 1:20-cv-00193-JRG-CHS ) ) |
| YANFENG US AUTOMOTIVE INTERIOR SYSTEMS I LLC, | ) ) ) ) |
| Defendant. | ) |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Pursuant to Section 216(b) of the Fair Labor Standards Act (FLSA), the parties respectfully move the Court for an order approving a settlement of Plaintiffs' FLSA claims. As explained below, the proposed settlement includes payment of 100% of each Plaintiff's alleged overtime back pay and regular back pay; liquidated damages for each Plaintiff in amounts equal to their alleged overtime back; and statutory attorney's fees and costs.

Plaintiff Dwight Hawthorne was employed by Defendant at its Chattanooga facility from April of 2017 until June of 2020, and Plaintiff Andrea Hawthorne was employed there from August of 2017 until February of 2019. Each plaintiff was employed as an operator and was paid an hourly wage for their work. Plaintiffs allege that they worked overtime hours for which they were not compensated in violation of Section 207(a)(1) of the FLSA, and they also allege that they worked uncompensated regular hours. Defendant denies Plaintiffs' allegations.

Based on a review of their time and pay records, Plaintiffs' counsel has calculated that Plaintiff Dwight Hawthorne is owed a total of $1,531.32 in overtime back pay and $552.80 in

regular back pay; and that Plaintiff Andrea Hawthorne is owed a total of $866.56 in overtime back pay and $273.74 in regular back pay. Although Defendant denies liability, it has agreed to resolve Plaintiffs' claims by paying the full amount of Dwight Hawthorne's alleged overtime back pay and regular back pay totaling $1,531.32 and $552.80, respectively; and the full amount of Andrea Hawthorne's alleged overtime back pay and regular back pay totaling $866.56 and $273.74, respectively. In addition, Defendant has agreed to pay each Plaintiffs liquidated damages in amounts equal to their overtime back-pay claims, totaling $1,531.32 for Dwight Hawthorne and $866.56 for Andrea Hawthorne. See 29 U.S.C. § 216(b). In addition, Defendant will separately pay Plaintiffs' statutory attorney's fees in the amount of $6,105.00 and costs in the amount of $435.00. Id.

Accordingly, Plaintiffs will receive the full benefits to which they allege they are entitled pursuant to the FLSA. Id. A district court may approve a settlement after determining that it is fair and reasonable. See, e.g., Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1353-54 (11th Cir. 1982). Because Plaintiffs will receive full benefits, there is no question that the settlement is fair and reasonable. See, e.g., Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

For the foregoing reasons, the parties respectfully move the Court for an order approving the proposed settlement, and have attached a proposed Order to this motion.

    Respectfully submitted,

    /s/ R. Scott Jackson, Jr.
    R. Scott Jackson, Jr., (TN 013839)
    4525 Harding Road
    Suite 200
    Nashville, TN 37205
    (615) 313-8188
    (615) 313-8702 (facsimile)
    rsjackson@rsjacksonlaw.com

John McCown (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
(706) 529-3890 (facsimile)
john.mccown@warrenandgriffin.com

Attorneys for Plaintiff


/s/ C. Eric Stevens
C. Eric Stevens (TN 010632)
Littler Mendelson P.C.
333 Commerce Street
Suite 1450
Nashville, TN 37201
(615) 383-3316
(615) 691-7807 (facsimile)
estevens@littler.com

Attorneys for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2020, a true and correct copy of the foregoing was served via the Court's electronic filing system on C. Eric Stevens, Littler Mendelson P.C., 333 Commerce Street, Suite 1450, Nashville, TN 37201.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr