UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| DWIGHT HAWTHORNE AND ANDREA HAWTHORNE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 1:20-cv-00193-JRG-CHS ) ) |
| YANFENG US AUTOMOTIVE INTERIOR SYSTEMS I LLC, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This is a Fair Labor Standards Act ("FLSA") case, in which Plaintiffs contend that Defendant failed to pay them overtime wages as required by the FLSA. Plaintiffs also allege that Defendant failed to pay them regular wages they were owed. The case is before the Court on the parties' Joint Motion for Approval of FLSA Settlement.

The Court has reviewed the proposed settlement, which provides for full payment of Plaintiffs' alleged overtime back pay; an equal amount of liquidated damages; and attorneys' fees and costs. See 29 U.S.C. § 216(b). The settlement also provides for full payment of Plaintiffs' alleged regular back pay. The Court finds that the terms of the settlement are fair and reasonable. See Lynn's Food Stores, Inc., v. United States, 679 F.2d 1350, 1353-54 (11th Cir. 1982) (stating that a district court may approve an FLSA settlement after determining that it is fair and reasonable); Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

ACCORDINGLY, the Court GRANTS the parties' Joint Motion for Approval of FLSA

Settlement, and DIRECTS Defendant to pay Plaintiffs and their counsel the amounts set forth in the Joint Motion. The Court further ORDERS the parties to file a stipulation of dismissal with prejudice after payment of the settlement funds to Plaintiffs and their counsel and within thirty 30 days of entry of this order.

    IT IS SO ORDERED.

_____
J. RONNIE GREER
UNITED STATES DISTRICT JUDGE